Case 2:21-cr-00074-RMP   ECF No. 69   filed 09/28/21   PageID.180   Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 28, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICKIYAH J. NENEMA-SIJOHN<br><br>Defendant. | No. 2:21-CR-0074-RMP-2<br><br>ORDER GRANTING UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |

**BEFORE THE COURT** is the Defendant's motion to modify the conditions of her pretrial release. ECF No. 68. Defendant seeks to modify her conditions of pretrial release, ECF No. 59, to change her curfew of 6:00 p.m. to 6:00 a.m. to 8:00 p.m. through 6:00 a.m. to alleviate potential issues with travel for employment. ECF No. 68.

Neither the United States Attorney nor the U.S. Probation Office objects to Defendant's request. ECF No. 68 at 2.

**IT IS ORDERED** that the Defendant's Motion to Modify Conditions of Pretrial Release, **ECF No. 68,** is **GRANTED.**

Defendant's conditions of pretrial release are **modified** as follows:

**(28)  Curfew:** Defendant shall be restricted to her residence every day from **8:00 p.m. to 6:00 a.m.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED September 28, 2021.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1